Certificate Number: 03088-PAE-DE-031953869

Bankruptcy Case Number: 18-17067



03088-PAE-DE-031953869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2018, at 2:19 o'clock PM CST, Marco M Santini completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 27, 2018                By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor