Certificate Number: 03088-PAE-DE-031953870

Bankruptcy Case Number: 18-17067



03088-PAE-DE-031953870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2018</u>, at <u>2:19</u> o'clock <u>PM CST</u>, <u>Dorothy P Santini</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 27, 2018</u>          By:   <u>/s/Doug Tonne</u>

                                       Name: <u>Doug Tonne</u>

                                       Title: <u>Counselor</u>