

**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

## Earnings Statement                                    ADP

Period Beginning:  09/02/2018
Period Ending:     09/08/2018
Pay Date:          09/14/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA:      N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular     | 24.6600 | 32.00 | 789.12      | 48,473.74    |
| Overtime    | 36.9900 | 23.75 | 878.51      | 9,849.66     |
| Double Time | 24.6600 | 10.00 | 493.20      | 1,551.81     |
| Holiday     | 24.6600 | 8.00  | 197.28      |              |
| Misc Abc Pay |        |       |             |              |
| Promo/Award |         |       |             | 25.00        |
| Sick        |         |       |             | 224.29       |
| Vacation    |         |       |             | 388.16       |
|             |         |       |             | 3,909.60     |
| **Gross Pay** |       |       | **$2,358.11** | 65,785.22  |

Your federal taxable wages this period are $2,358.11

**Deductions**

| Statutory              | this period | year to date |
|------------------------|-------------|--------------|
| Federal Income Tax     | -243.52     | 5,395.30     |
| Social Security Tax    | -146.20     | 4,078.68     |
| Medicare Tax           | -34.20      | 953.89       |
| PA State Income Tax    | -72.39      | 2,019.57     |
| Philadelphia Income Tax| -8.15       | 227.84       |
| PA SUI/SDI Tax         | -1.41       | 39.47        |

| Other          | this period | year to date |
|----------------|-------------|--------------|
| Misc 3         | -2.00       | 76.00        |
| Stock Purch $  | -20.00      | 760.00       |
| 3Rd Party Ins  | -26.31      | 999.78       |
| Union Dues     |             | 821.00       |

| Net Pay        | $1,803.93  |
| Direct Deposit | -1,803.93  |
| Net Check      | $0.00      |

---

**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000370497
Pay date:      09/14/2018

Deposited to the account of
MARCO SANTINI

account number    transit ABA    amount
                                 $1,803.93

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Earnings Statement

ADP

Period Beginning: 09/16/2018
Period Ending:    09/22/2018
Pay Date:         09/28/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA:      N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.6600 | 40.00 | 986.40 | 50,446.54 |
| Overtime | 36.9900 | 19.00 | 702.81 | 11,153.56 |
| Double Time | | | | 1,551.81 |
| Misc Abc Pay | | | | 25.00 |
| Promo/Award | | | | 224.29 |
| Sick | | | | 388.16 |
| Vacation | | | | 3,909.60 |
| **Gross Pay** | | | **$1,689.21** | **69,061.92** |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -130.42 | 5,643.93 |
| Social Security Tax | | -104.73 | 4,281.84 |
| Medicare Tax | | -24.50 | 1,001.40 |
| PA State Income Tax | | -51.86 | 2,120.17 |
| Philadelphia Income Tax | | -5.84 | 239.17 |
| PA SUI/SDI Tax | | -1.02 | 41.44 |
| Other | | | |
| Misc 3 | | -2.00 | 80.00 |
| Stock Purch $ | | -20.00 | 800.00 |
| 3Rd Party Ins | | -26.31 | 1,052.40 |
| Union Dues | | | 821.00 |
| **Net Pay** | | **$1,322.53** | |
| Direct Deposit | | -1,322.53 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,689.21

---

**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000390461
Pay date: 09/28/2018

Deposited to the account of
MARCO SANTINI

account number    transit ABA    amount
                                 $1,322.53

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Sysco

SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

**Earnings Statement**

Period Beginning: 09/23/2018
Period Ending: 09/29/2018
Pay Date: 10/05/2018

ADP

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.6600 | 40.00 | 986.40 | 51,432.94 |
| Overtime | 36.9900 | 25.50 | 943.25 | 12,096.81 |
| Double Time | | | | 1,551.81 |
| Misc Abc Pay | | | | 25.00 |
| Promo/Award | | | | 224.29 |
| Sick | | | | 388.16 |
| Vacation | | | | 3,909.60 |
| **Gross Pay** | | | **$1,929.65** | **70,991.57** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -159.27 | 5,803.20 |
| | Social Security Tax | -119.64 | 4,401.48 |
| | Medicare Tax | -27.98 | 1,029.38 |
| | PA State Income Tax | -59.24 | 2,179.41 |
| | Philadelphia Income Tax | -6.67 | 245.84 |
| | PA SUI/SDI Tax | -1.15 | 42.59 |
| | Other | | |
| | Misc 3 | -2.00 | 82.00 |
| | Stock Purch $ | -20.00 | 820.00 |
| | Union Dues | -83.00 | 904.00 |
| | 3Rd Party Ins | -26.31 | 1,078.71 |
| **Net Pay** | | | **$1,424.39** |
| Direct Deposit | | | -1,424.39 |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $1,929.65

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Sysco

SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000400461
Pay date: 10/05/2018

Deposited to the account of
MARCO SANTINI

account number    transit ABA    amount
                                 $1,424.39

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Sysco** | SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Earnings Statement

**ADP**

Period Beginning: 10/07/2018
Period Ending: 10/13/2018
Pay Date: 10/19/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.8100 | 40.00 | 992.40 | 53,417.74 |
| Overtime | 37.2150 | 27.00 | 1,004.81 | 13,901.74 |
| Double Time | | | | 1,551.81 |
| Misc Abc Pay | | | | 25.00 |
| Promo/Award | | | | 224.29 |
| Sick | | | | 388.16 |
| Vacation | | | | 3,909.60 |
| **Gross Pay** | | | **$1,997.21** | 74,781.30 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -167.38 | 6,113.39 |
| Social Security Tax | -123.83 | 4,636.44 |
| Medicare Tax | -28.96 | 1,084.33 |
| PA State Income Tax | -61.31 | 2,295.75 |
| Philadelphia Income Tax | -6.90 | 258.94 |
| PA SUI/SDI Tax | -1.20 | 44.87 |
| **Other** | | |
| Misc 3 | -2.00 | 86.00 |
| Stock Purch $ | -20.00 | 860.00 |
| 3Rd Party Ins | -26.31 | 1,131.33 |
| Union Dues | | 904.00 |
| **Net Pay** | **$1,559.32** | |
| Direct Deposit | -1,559.32 | |
| Net Check | $0.00 | |

Your federal taxable wages this period are $1,997.21

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

**Sysco** SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000420476
Pay date: 10/19/2018

Deposited to the account of
MARCO SANTINI

account number    transit ABA    amount
                                  $1,559.32

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



# Earnings Statement

**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Period Beginning: 10/21/2018
Period Ending: 10/27/2018
Pay Date: 11/02/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.8100 | 40.00 | 992.40 | 55,402.54 |
| Overtime | 37.2150 | 27.75 | 1,032.72 | 15,650.85 |
| Double Time | | | | 1,551.81 |
| Misc Abc Pay | | | | 25.00 |
| Promo/Award | | | | 224.29 |
| Sick | | | | 388.16 |
| Vacation | | | | 5,909.60 |
| **Gross Pay** | | | **$2,025.12** | 78,515.21 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -170.73 | 6,416.89 |
| Social Security Tax | | -125.55 | 4,867.94 |
| Medicare Tax | | -29.36 | 1,138.47 |
| PA State Income Tax | | -62.17 | 2,410.38 |
| Philadelphia Income Tax | | -7.00 | 271.85 |
| PA SUI/SDI Tax | | -1.22 | 47.11 |
| Other | | | |
| Misc 3 | | -2.00 | 90.00 |
| Stock Purch $ | | -20.00 | 900.00 |
| Union Dues | | -83.00 | 987.00 |
| 3Rd Party Ins | | -26.31 | 1,183.95 |
| **Net Pay** | | **$1,497.78** | |
| Direct Deposit | | -1,497.78 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,025.12

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**SYSCO PHILADELPHIA, LLC.**
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000440479
Pay date: 11/02/2018

Deposited to the account of
MARCO SANTINI

| account number | transit ABA | amount |
|---|---|---|
| | | $1,497.78 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**SYSCO** — SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

**Earnings Statement** — ADP

| | |
|---|---|
| Period Beginning: | 10/14/2018 |
| Period Ending: | 10/20/2018 |
| Pay Date: | 10/26/2018 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

MARCO SANTINI
4003 GARRETT RD
DREXEL HILL, PA 19026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.8100 | 40.00 | 992.40 | 54,410.14 |
| Overtime | 37.2150 | 19.25 | 716.39 | 14,618.13 |
| Double Time | | | | 1,551.81 |
| Misc Abc Pay | | | | 25.00 |
| Promo/Award | | | | 224.29 |
| Sick | | | | 388.16 |
| Vacation | | | | 3,909.60 |
| **Gross Pay** | | | **$1,708.79** | 76,490.09 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -132.77 | 6,246.16 |
| | Social Security Tax | -105.95 | 4,742.39 |
| | Medicare Tax | -24.78 | 1,109.11 |
| | PA State Income Tax | -52.46 | 2,348.21 |
| | Philadelphia Income Tax | -5.91 | 264.85 |
| | PA SUI/SDI Tax | -1.02 | 45.89 |
| | **Other** | | |
| | Misc 3 | -2.00 | 88.00 |
| | Stock Purch $ | -20.00 | 880.00 |
| | 3Rd Party Ins | -26.31 | 1,157.64 |
| | Union Dues | | 904.00 |

| | |
|---|---|
| **Net Pay** | **$1,337.59** |
| Direct Deposit | -1,337.59 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $1,708.79

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**SYSCO** — SYSCO PHILADELPHIA, LLC.
600 PACKER AVENUE
PHILADELPHIA, PA 19148

Advice number: 00000430500
Pay date: 10/26/2018

Deposited to the account of
MARCO SANTINI

| account number | transit ABA | amount |
|---|---|---|
| | | $1,337.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.