# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-17067-ELF

MARCO M SANTINI
DOROTHY P SANTINI
4003 GARRETT ROAD

DREXEL HILL, PA 19026

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARCO M SANTINI
    DOROTHY P SANTINI
    4003 GARRETT ROAD

    DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                  /S/ William C. Miller

Date: 8/4/2020                        _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee