**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **MARCO M. SANTINI** | : | |
| **DOROTHY P. SANTINI,** | : | |
| Debtors | : | **Bky. No. 18-17067 ELF** |

## O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. # 42) is **APPROVED**.

**Date: September 29, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**