**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **MARCO M. SANTINI** | : | Chapter 13 |
| | **DOROTHY P. SANTINI,** | : | |
| | | : | |
| | Debtors | : | Bky. No. 18-17067 ELF |

# O R D E R

      **AND NOW**, upon consideration of the Debtors' Motion for Leave to Sell Property Free and Clear of All Liens, Interest and Encumbrances ("the Motion") (Doc. # 54)*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A telephonic hearing to consider the Motion is scheduled on **January 11, 2022, at 1:00 p.m.**[1]

3. Any objections or other responsive pleadings to the Motion must be filed **on or before January 7, 2022.**

4. The Debtors' shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by regular mail **on or before December 23, 2021**. However, service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Debtors shall file a Certification of Service as required by Local Rule 9014-4.

**Date: December 21, 2021**

                                                                       **ERIC L. FRANK**
                                                                       **U.S. BANKRUPTCY JUDGE**

---

[1]    Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.