**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|    Marco M. Santini : | Chapter 13 |
|    Dorothy P. Santini : | Case No.: 18-17067-ELF |
|    Debtors : | |

**CERTIFICATE OF SERVICE**

     I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtors' Order Granting Expedited Hearing for the Motion to Sell Property Free and Clear of Liens was served by electronic delivery or Regular US Mail to the Debtor, the Standing Chapter 13 Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

| | |
|---|---|
| **Rebecca A. Solarz, Esq.**<br>Attorney for Creditor *Pennymac Loan Servicing, LLC.*<br>Electronic Service to *bkgroup@kmllawgroup.com* | **Corinne S. Brennan, Esq.**<br>Attorney for Creditor TruMark Financial Credit Union<br>Electronic Service to *cbrennan@klehr.com* |
| **Synchrony Bank**<br>Creditor c/o *PRA Receivables Management, LLC*<br>Electronic Service to *claims@recoverycorp.com* | **Capital One, N/A**<br>Creditor c/o *Beckett & Lee LLP*<br>Electronic Service to *proofofclaim@beckett-lee.com* |
| **Wells Fargo Bank, N.A.**<br>Creditor<br>Electronic Service to *wffbankruptcy@wellsfargo.com* | **Quantum3 Group LLC**<br>Creditor<br>Electronic Service to *claims@quantum3group.com* |
| **Capital One Bank, N.A.**<br>Creditor *c/o American InfoSource*<br>Electronic Service to *POC_AIS@americaninfosource.com* | **Portfolio Recovery Associates, LLC.**<br>Creditor<br>Electronic Service to<br>*Bankruptcy_info@portfoliorecovery.com* |
| **LVNV Funding, LLC.**<br>Creditor *c/o Resurgent Capital Services*<br>Electronic Service to *askbk@resurgent.com* | **M&T Bank**<br>Creditor<br>Electronic Service to *cohara1@mtb.com* |
| **Citibank, N.A.**<br>Creditor<br>Electronic Service to *recovery.bankruptcy@citi.com* | **Navient Solutions, LLC.**<br>Creditor<br>Regular U.S. Mail to<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |

Dated: December 22, 2021    /s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor(s)
Sadek & Cooper Law Offices
1315 Walnut Street #502
Philadelphia, PA 19107
215-545-0008
brad@sadeklaw.com