# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marco M. Santini
Dorothy P. Santini

Debtor(s)

CHAPTER 13

PennyMac Loan Services, LLC, its successors and/or assigns

Movant

vs.

NO. 18-17067 ELF

Marco M. Santini
Dorothy P. Santini

Debtor(s)

Kenneth E. West Esq.

Trustee

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Motion to Sell Real Property of PennyMac Loan Services, LLC, which was filed with the Court on or about **December 22, 2021 (Doc. No. 57)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

---

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: January 6, 2022