United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-17067-elf

Marco M. Santini                                                                        Chapter 13

Dorothy P. Santini

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                          Page 1 of 2

Date Rcvd: Jan 12, 2022                     Form ID: pdf900                                 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Marco M. Santini, Dorothy P. Santini, 4003 Garrett Road, Drexel Hill, PA 19026-3611 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| cr | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Marco M. Santini brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Dorothy P. Santini brad@sadeklaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 4

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

CORINNE SAMLER BRENNAN
on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Marco M.  Santini | : | Chapter 13 |
| Dorothy P. Santini | : | Case No.: 18-17067-ELF |
| Debtor | : | |

**O R D E R**

     **AND NOW,** this _____12th_____ day of __January__ , 2022, upon consideration of the Motion for Authority to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

     **ORDERED,** pursuant to 11 U.S.C.  363(b) that debtors are granted permission to sell their real property located at4003 Garrett Road, Drexel Hill, PA ("Property"),  for the sale price of $295,000, pursuant to the terms of a certain real estate agreement of sale dated as of December 15, 2021, to the buyer(s) thereunder, Ebonee Williams ("Buyer"), who have been represented to be purchasing the Property at arms-length.

     The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1.  Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters    $1,475

2.  Liens paid at closing-    $150,000

3.  Real estate taxes, sewer, trash and/or other such items    $2,950

4.  Property repairs, if any    $_____

5.  Real estate commission, at no greater than 6%    $17,700

6.  Attorney's fees, if any    $_____

7.  Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement    $_____

- 1 -

| 8. | Other | $_____ |
|---|---|---|
| | ESTIMATED AMT DUE TO SELLER(S) | $122,875____ |

This Order is contingent upon the mortgage lien serviced by Pennymac Loan Servicing being paid in full at closing. PennyMac Loan Services, LLC's lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien will otherwise remain on the property unless paid in full or PennyMac Loan Services, LLC otherwise agrees to accept a lower amount.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth West Chapter 13 standing trustee, the balance remaining any amount remaining after Debtors have received their exemption of $47,350 from their portion of the sale proceeds.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Debtor shall not be permitted to voluntarily dismiss this case; he/she may, however, convert this case to one under Chapter 7.  In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.


_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -