# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 18-17067-ELF

MARCO M SANTINI
DOROTHY P SANTINI
4003 GARRETT ROAD

DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MARCO M SANTINI
  DOROTHY P SANTINI
  4003 GARRETT ROAD

  DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

/S/ Kenneth E. West

Date: 4/5/2022                             _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee